UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-20244-BLOOM/Otazo-Reyes

MARC WOLF,

    Plaintiff,

v.

HYATT CORPORATION, *et al.*,

    Defendants.

_____/

### ORDER ON UNOPPOSED MOTION FOR STAY

**THIS CAUSE** is before the Court upon Defendants' Unopposed Motion to Stay Case, ECF No. [14] ("Motion"), filed on May 25, 2023. Therein, Defendants assert that this case has the same defendants and presents the same jurisdictional and *forum non conveniens* issues as a case currently pending before the Honorable Lawrence King, *John Doe (V.H.), as parent and natural guardian of T.H., a minor v. Hyatt Hotels Corporation et al*, No. 1:22-cv-20923-JLK (the "V.H. Case"). ECF No. [14] at 2. In that case, the jurisdictional and *forum non conveniens* issues have been fully briefed. *Id.* at 2. The parties urge the Court to stay this case pending a decision in the V.H. Case before Judge King, because a decision in that case "is likely to have a substantial or controlling effect on the claims and issues" in this case. *Id.* at 3 (citing *Miccosukee Tribe of Indians of Florida v. S. Florida Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009)).

In light of the parties' agreement, the Court agrees that a stay is appropriate and in the interest of judicial economy. *See Morrissey v. Subaru of America, Inc.*, No. 15-cv-21106, 2015 WL 4512641, at *2 (S.D. Fla. July 24, 2015) (granting a stay in similar circumstances, despite one party's opposition).

Case No. 23-cv-20244-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion, **ECF No. [14]**, is **GRANTED**.

2. This case is **STAYED** pending a decision on Defendants' Motion to Dismiss that is pending in the V.H. Case before Judge King, Case No. 1:22-cv-20923.

3. **No less than seven days after a ruling** is rendered in the V.H. Case, the parties shall file a Joint Notice setting forth Judge King's decision and addressing that decision's effect, if any, on this case. Upon receipt of that Notice, the Court will set a deadline for Defendants to respond to the Complaint.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 26, 2023.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record